JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO BANUELOS VARGAS,<br>　　　　Plaintiff,<br>　　v.<br>ANDREW SAUL,<br>　Commissioner of Social Security,<br>　　　　Defendant. | Case No. 5:18-cv-1343-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: May 19, 2020

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE