**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO BANUELOS VARGAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:18-cv-01343-SK<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,925.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  August 18, 2020

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE